1  S, D. Narayan, Esq. (SBN 130964)
   Gregory M. Franchi, Esq. (SBN 133705)
2  Julie Cho, Esq. (SBN 225401)
   THE NARAYAN LAW FIRM
3  1212 Broadway, Suite 704
   Oakland, California, 94612
4  Telephone: (510) 839-5350
   Facsimile: (510) 839-5355
5

6  Attorneys for Defendants
   Warren E. Rupf, Sheriff,
7  Contra Costa County and
   Michael Costa, as an individual
8

9              UNITED STATES DISTRICT COURT

10                       FOR THE

11            NORTHERN DISTRICT OF CALIFORNIA
                 (San Francisco/Oakland Division)
12

13  KRISTY LINKENHOKER                Case. No.: C06-05432-EDL

14          Plaintiff,                STIPULATION TO CONTINUE
                                      MEDIATION TO MARCH 28, 2007
15  v.                                AND APPEARANCE OF
                                      DEFENDANTS BY CONTRA COSTA
16  WARREN E. RUPF, SHERIFF,          RISK MANAGEMENT AND
    CONTRA COSTA COUNTY               [PROPOSED] ORDER
17  SHERIFF'S DEPARTMENT,
    CONTRA COSTA COUNTY,
18  MICHAEL COSTA, AS AN
    INDIVIDUAL,
19
            Defendants.
20

21  _____/

22

23      A pre-mediation telephone conference was held on February 20, 2007 between the

24  mediator Peter Rukin, S.D. Narayan, attorney for Defendants and Valerie O'Dell,

25  attorney for Plaintiff. Based on the availability of the mediator, counsel, and parties, the

26  mediation has been scheduled for March 28, 2007. Under the prior Case Management

27  Order, mediation was to be conducted by March 14, 2007, therefore, the parties and

28  mediator are requesting a continuance to March 28, 2007 to complete the mediation.

        The parties and mediator also agreed that Defendants Warren Rupf, Sheriff,

1  Contra Costa County, and Michael Costa would appear by Counsel for Defendants and

2  Contra Costa County Risk Management at the mediation.

3    Based on the foregoing, the parties and mediator respectfully request the time to

4  complete the mediation be extended to March 28, 2007 and Defendants Warren Rupf,

5  Sheriff, Contra Costa County, and Michael Costa be permitted to appear at mediation

6  through Counsel for Defendants and Contra Costa County Risk Management.

7  IT IS SO STIPULATED.

8

9  Dated: March 9, 2007   By: ___S.D. Narayan___

10              S.D. Narayan, Esq.
             Attorney for Defendant

11              Warren E. Rupf, Sheriff,
             Contra Costa County and

12              Michael Costa, as an individual

13 Dated: March 12, 2007   By: ___Valerie O'Dell___

14              Valerie O'Dell, Esq.
             Attorney for Plaintiff

15              KRISTY LINKENHOKER

16

17

18           ORDER

19   Pursuant to the foregoing Stipulation of the parties, and good cause of appearing

20 therefore,

21 IT IS SO ORDERED.

22

23 DATED: March 15, 2007

24

25

26

27

28

          2
STIPULATION TO CONTINUE MEDIATION (CC-001)

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
MAGISTRATE JUDGE