IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LINKENHOKER, | No. C-06-5432 (EDL) |
| Plaintiff, | **ORDER EXTENDING DISPOSITIVE MOTION DEADLINES** |
| v. | |
| WARREN E. RUPF, et al., | |
| Defendants. | |

Pursuant to the parties' joint stipulated request, the dispositive motion filing deadline shall be continued for one week to October 16, 2007, and the dispositive motion hearing date shall be continued for one week to November 20, 2007 at 9:00 a.m. All other dates in the scheduling order shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 2, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge