1 | S. D. Narayan, Esq. (SBN 130964)
2 | Gregory M. Franchi, Esq. (SBN 133705)
  | Julie Cho, Esq. (SBN 225401)
3 | THE NARAYAN LAW FIRM
  | 1212 Broadway, Suite 704
4 | Oakland, California, 94612
  | Telephone: (510) 839-5350
5 | Facsimile: (510) 839-5355

6 | Attorneys for Defendants
  | Warren E. Rupf, Sheriff,
7 | Contra Costa County and
  | Michael Costa, as an individual
8

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco/Oakland Division)

KRISTY LINKENHOKER                         Case. No.: C06-05432-EDL

    Plaintiff,                         [~~PROPOSED~~] DISCOVERY ORDER

v.

WARREN E. RUPF, SHERIFF,
CONTRA COSTA COUNTY
SHERIFF'S DEPARTMENT, CONTRA
COSTA COUNTY, MICHAEL COSTA,
AS AN INDIVIDUAL,

    Defendants.

_____/

    Having considered Plaintiff's and Defendants' Joint Letter Brief dated September 18, 2007 with regards to the discovery dispute and following a Telephone Court Conference on September 19, 2007, and finding good cause therefore,

    IT IS HEREBY ORDERED THAT Defendants Warren E. Rupf and Contra Costa County produce the Internal Affairs Report and attachments relating to the male deputy who was terminated for battery of an inmate between January 1, 2003 and December 31, 2005 subject to the following conditions:

1  (1) The document is designated as "Highly Confidential-Review By Authorized
2      Personnel Only" under the Court's previous Stipulated Protective Order.
3  (2) Names of all Witnesses and Parties shall be redacted. Defendants to
4      provide a legend identifying Witnesses and Parties in generic terms (i.e.,
5      Deputy #1).
6  (3) Addresses and Telephone numbers of all Witnesses and Parties shall be
7      redacted.

Defendants are to produce the Internal Affairs Report and attachments by October 10, 2007.

In the event of any further dispute over the disclosure of information in the report, the parties may return to the Court to clarify the above Order.

IT IS SO ORDERED.

Dated: October 16, 2007

*Elijah D. Laporte*
MAGISTRATE JUDGE OF THE DISTRICT COURT