UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KRISTY LINKENHOKER**

       Plaintiff(s),                      No. C-**06-05432** EDL

       v.                           **ORDER OF CONDITIONAL DISMISSAL**

**WARREN E. RUPF**

       Defendants.

_____/

       The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause subject to approval by the Contra Costa County Board of Supervisors,

       IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before April 11, 2008 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: January 11, 2008

_Elijah D. Laporte_

_____

ELIZABETH D. LAPORTE
United States Magistrate Judge